No. 1062. PEOPLE, APPELLEE, *v.* OCHART, APPELLANT.—Aggravated assault and battery. Humacao.

No. 1106. PEOPLE, APPELLEE, *v.* PÉREZ, APPELLANT.—Aggravated assault and battery. Mayagüez.

December. 11, 1916. *Judgments affirmed.*

---

No. 1107. PEOPLE, APPELLEE, *v.* TEJERA ET AL., APPELLANTS.—Riot. Arecibo. December 12, 1916. *Judgment affirmed.*

---

No. 1596. DÍAZ, ETC., APPELLANT, *v.* PORTO RICO RAILWAY, LIGHT & POWER CO., APPELLEE.—Damages. San Juan, Section 1. December 15, 1916. *Appeal dismissed.*

---

No. 1471. SANTIAGO ET AL., APPELLANTS, *v.* RODRÍGUEZ ET AL., APPELLEES.—Contest of elections. Guayama.

No. 1475. CENTRAL EUREKA, INC., APPELLANT, *v.* WISCOWICH, APPELLEE.—Injunction. Mayagüez.

No. 1485. PÉREZ, APPELLANT, *v.* NAVARRO ET AL., APPELLEES.—Unlawful detainer. Humacao.

No. 1500. CARRERO, APPELLANT, *v.* VALLE ET AL., APPELLEES.—Action of debt. Mayagüez.

No. 1501. CARRERO, APPELLANT, *v.* VALLE, APPELLEE.—Action of debt. Mayagüez.

No. 1517. LÓPEZ, APPELLANT, *v.* GONZÁLEZ, MARSHAL OF MUNICIPAL COURT OF PONCE, ET AL., APPELLEES.—Damages. Ponce.

No. 1527. COLÓN ET AL., APPELLANTS, *v.* ARMSTRONG & CO., LTD., ET AL., APPELLEES.—Nullity of mortgage, etc. Ponce.

No. 1547. FERNÁNDEZ, APPELLANT, *v.* MAYAGÜEZ SCHOOL BOARD, APPELLEE.—Mandamus.

December 15, 1916. *Appeals dismissed.*